In the Matter of EDWARD B. GOULD, an Incompetent Person.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and questions for review certified. [See *ante*, p. 109.] Motion to amend order entered May 19, 1939, denied. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of WILLIAM J. McNAMARA, Respondent, v. THOMAS L. HOLLING, Mayor of the City of Buffalo, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ. [See *ante*, p. 411; *post*, p. 1100.]

In the Matter of the Applications of ARTHUR C. BAKER and 125 Other Stockholders of Utica Gas and Electric Company, for the Appointment of Appraisers to Appraise the Value of Their Stock.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See *ante*, p. 1024.] Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

VINCENT E. FISHER, Respondent, v. CITY OF BATAVIA and MARINE TRUST COMPANY OF BUFFALO, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

MARY PANTANO, an Infant, by JOSEPH PANTANO, Her Guardian ad Litem, Respondent, v. ERIE COUNTY SAVINGS BANK OF BUFFALO, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Assignment for the Benefit of Creditors of WRIGHT METAL, INC., to SAMUEL J. LASSER, Assignee, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Cunningham, Taylor and Dowling, JJ.

TERMINALS & TRANSPORTATION CORPORATION, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24854.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

In the Matter of the Application of NEW YORK TELEPHONE COMPANY, Appellant, for an Order that ARTHUR M. FERRIS and Others, Constituting the Board of Assessors of the City of Syracuse, Respondents, Show Cause Why the Assessment of Certain Property of Said Petitioner for the Year 1937 Should Not Be Declared Erroneous, etc.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 415.] Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.